January 13, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

EXERGY DEVELOPMENT GROUP OF IDAHO, LLC AND JAMES T. CARKULIS, Appellants

NO. 14-14-00788-CV                    V.

HIGH POWER ENERGY, LLC, BLUE RENEWABLE ENERGY, LLC AND BLACK MOUNTAIN FINANCIAL, CORP, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on April 8, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Exergy Development Group of Idaho, LLC and James T. Carkulis.

We further order this decision certified below for observance.